# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re: *Value Family Propeties, Pine Lake, LLC,*
*a Limited Liability Company*

Case No. *08-84252*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT

Year to date: 651,068.07
Last Year: 738,747.35
Year before: 709,605.00

SOURCE

*Gross revenue as of December 19, 2008*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

#### 3. Payments to creditors

None  Complete a. or b., as appropriate, and c.

☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the

☐  commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: D & R Consulting Team, Inc<br>Address:  6427 Michell Way<br> Douglasville, GA  30135 | 9/22/08,10/14,10/ 21,10/29,11/18 | $8400.00 | |
| Creditor:Douglasville Water & Sewer<br>Address: POB 23062<br>Columbus, GA 31902 | 9/11/08,10/23/08 | $20,051.02 | |
| Creditor:GEMSA Loan Services, LP<br>Address: 1500 City West Blvd<br>Ste 200<br>Houston, TX 77042 | 9/10/08 | $26,259.46 | |
| Creditor:GreyStone Power Corp<br>Address: POB 6071<br>Douglasville, GA 30154 | 9/23/08,10/29,11/ 05 | $6088.85 | |
| Creditor:Septic Solutions, Inc<br>Address: 120 Mallory Lane<br>Temple, GA 30179 | 9/11/08,10/21 | $6500.00 | |

---

None  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were

☐  insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: AM Management Services, LLC<br>Address: 8111 E. 93rd St<br>#2416<br>Tulsa, OK 74133<br>Relationship: | 4/23/08,5/8 ,6/11,6/26, 7/14,10/10, 10/24,10/28 ,11/12,11/2 | 51,602.42 | |

| Creditor: *KB Management, LLC* | 4/14/08,5/1 | $7178.87 |
| *Address: 11650 Olio Rd* | 4/,6/11 | |
| *Ste 1000-299* | | |
| *Fishers, IN 46037* | | |
| *Relationship:* | | |

| Creditor: *IPS Oklahoma Management* | 12/31/07,1/ | $126,300.1 |
| *Address: 8516 E. 101st St* | 2/08,1/3, | 0 |
| *Ste F* | 1/4,1/11, | |
| *Tulsa OK 74133* | 2/11,2/29 | |
| *Relationship:* | | |

| Creditor: *Managing Member, LLC* | 10/21/08 | $5000.00 |
| *Address: Managing Member, LLC* | | |
| *3600 Minnesota Dr* | | |
| *Ste 665* | | |
| *Edina, MN 55435* | | |
| *Relationship:* | | |

| Creditor: *Owners Proportionally* | Dec 07 | |
| *Address:* | Jan 08 | |
| *Relationship:* | | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| *Various eviction proceedings against tenants-information on specific cases avaiable upon request* | | | |

---

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Name: GE Business Financial Services, Inc.* *Address:* | *November 2008* | *Description: attempted to seize lot rents* *Value: unknown* |

**5. Repossessions, foreclosures and returns**

None  ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None  ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None  ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None  ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Theodore N. Stapleton, PC*<br>*Address: 2727 Paces Ferry Rd Ste 2-1740*<br>*Atlanta, GA 30339* | *Date of Payment:  11/26/08*<br>*Payor: Value Family Properties, Pine Lake, LLC* | *$13,961.00* |

**10. Other transfers**

None  ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 4

None

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

☒

---

**11. Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Arvest Bank*<br>*Address: 502 S. Main Mall*<br>*Tulsa OK 74103* | *Account Type and*<br>*No.:Petty Cash #35359043*<br>*Final Balance:  0* | *6/12/08* |

---

**12. Safe deposit boxes**

None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒

---

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| *Creditor:  GE Business Financial Services,*<br>*Inc.* | | |

---

**14. Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Owner: Value Family Homes - Pine Lake, LLC*<br>*Address:* | *Description: 130 Mobile Homes*<br>*Value:* | *Value Family Homes - Pine Lake* |

---

**15. Prior address of debtor**

None

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☐

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:*<br>*Address:8516 E. 101st  Street* | *Name(s): Corporate Office* | *August 2005-*<br>*November* |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | *2008* |
| *Ste 4* *Tulsa, OK 74133* | | |
| *Debtor:* *Address: 10510 S. Garnett,* *Tulsa, OK 74133* | *Name(s): Call Center* | *August 2005-* *August 2007* |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of
☐    account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED

Name:  AM Management Services, LLC              Dates: April 2008-
Address:  8111 E. 93rd Street, Unit 2416, Tulsa, OK    October 2008
74133

Name:  IPS Oklahoma Management, LLC             Dates:  December
Address:  8516 E. 101st Street, Suite F, Tulsa, OK    2006- March 2008
74133

Name:  Newport Pacific Capital Company, Inc.    Dates: November 2008-
Address:  17300 Red Hill Ave., Suite 280, Irvine,     present
CA  92614

None    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or
☐    prepared a financial statement of the debtor.

NAME                        ADDRESS                 DATES SERVICES RENDERED

                                                    6140 S. 104 E. Ave,
Henderson & Ramsey, PC                              Suite 100, Tulsa, OK
                                                    74133-1588

                                                    3211 Lakewood, Tulsa,
Stanfield & O'Dell, PC                              74135-4934

                                                    120 N. Robinson,
Turn Around Pros                                    Suite 1920, Oklahoma
                                                    City, OK  73102

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of
☐  the books of account and records are not available, explain.

NAME                                                 ADDRESS

*Name: AM Management*
*Services, LLC*
*Address: 8111 E. 93rd*
*St.*
*#2416*
*Tulsa, OK 74133*
*Missing:*

*Name: Newport Pacific*
*Capital Company, LLC*
*Address:*
*17300 Red Hill Ave*
*Ste 280*
*Irvine, CA 92614*
*Missing:*

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within
☐  two years immediately preceding the commencement of this case.

NAME                                                 ADDRESS                                    DATES ISSUED

*Potential Buyers and*
*Lenders, GE Capital,*
*Managing Member,*
*Investors*

**20. Inventories**

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and
☒  basis of each inventory.

None  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
☒

**21. Current Partners, Officers, Directors and Shareholders**

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

NAME AND ADDRESS                          NATURE OF INTEREST                    PERCENTAGE
                                                                                OF INTEREST

*Name: Managing Member, LLC*           *Interest: Managing Member*          *Percent:46*
                                                                            *.55*

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Name:2004 Miller Family Trust | Interest:Investor | Percent:1.10 |
| Name:Matt Bartlett | Interest:Investor | Percent:3.14 |
| Name:Q-Tip Trust - Basset | Interest: Investor | Percent:1.10 |
| Name:Blue Pearl Financing | Interest: Investor | Percent:2.96 |
| Name: Blake Bonjean | Interest:Investor | Percent:3.30 |
| Name:Claudia Danovic | Interest:Investor | Percent:2.20 |
| Name:DS & G Investments, LLC | Interest:Investor | Percent:1.10 |
| Name:Emmer Trust, Cheryl | Interest:Investor | Percent:2.20 |
| Name:Emmer Trust - William B. | Interest:Investor | Percent:2.20 |
| Name:Francis Partners | Interest:Investor | Percent:2.20 |
| Name: Firth Gillies | Interest:Investor | Percent:2.75 |
| Name:Michael & Firth Gillies | Interest:Investor | Percent:4.13 |
| Name:Heller Capital, Inc | Interest:Investor | Percent:1.10 |
| Name:Scott Kemp | Interest:Investor | Percent:4.40 |
| Name:Lenz Trust | Interest:Investor | Percent:1.10 |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Name: Randy McClintock | Interest: Investor | Percent: 1.10 |
| Name: Naugle Trust - Barbara A. | Interest: Investor | Percent: 3.30 |
| Name: Naugle Trust - Thomas E. | Interest: Investor | Percent: 3.30 |
| Name: Rudy Palach | Interest: Investor | Percent: 1.43 |
| Name: Prosperity Plus - Bonnie Johnson | Interest: Investor | Percent: 3.03 |
| Name: Eric Smith | Interest: Investor | Percent: 2.75 |
| Name: David Stewart | Interest: Investor | Percent: 1.10 |
| Name: Doug Turner | Interest: Investor | Percent: 2.48 |

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| Name: BDMP, LLC as managing member | | |

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

*Managing Member LL*

Date __1/ 8/2009__

Signature __/s/ Christopher Elliott__ *VP*
__Christopher Elliott__      __Manager__
Print Name and Title

*X* The foregoing are compilations prepared by other employees or representatives of the Debtor. My knowledge is derived from their compilations, which I believe are true, correct and accurate, to the best of my knowledge, information and belief.

_____continuation sheets attached

Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

FORM B6A (Official Form 6A) (12/07)

In re  Value Family Propeties, Pine Lake, LLC _____ ,    Case No. 08-84252 _____
                              Debtor(s)                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Value Family Properties - Pine Lake, 6266 Dorsett Shoals Rd., Douglasville, GA 30135 | Fee Simple | | $ 2,748,285.80 | $ 2,748,285.80 |
| | | **TOTAL $** | 2,748,285.80 | |
| | | (Report also on Summary of Schedules.) | | |

No continuation sheets attached

B6B (Official Form 6B) (12/07)

In re _Value Family Propeties, Pine Lake, LLC_____,          Case No. _08-84252___
                                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Arvest Oerations Account #17449816 Location: In debtor's possession | | $ 1,972.89 |
| | | Wells Fargo Operating Account #1358513511 Location: In debtor's possession | | $ 1,054.72 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Greystone Power Corporation Location: In debtor's possession | | $ 650.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |

In re _Value Family Propeties, Pine Lake, LLC_____,    Case No. _08-84252_____
                        Debtor(s)                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | _Uncollected Rents_ | | $ 35,060.52 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Note Receivable form BDMP, LLC_<br>_Location: In debtor's possession_ | | $ 200,000.00 |
| | | _Note Receivable from VFH - Pine Lake_<br>_Location: In debtor's possession_ | | $ 1,673,730.66 |
| | | _Note Receivable from VFP - Indian Creek_<br>_Location: In debtor's possession_ | | $ 9,849.51 |
| | | _Unliquidated claims against formers managers/agents including William S. Dalton, Patrick Mckee, BDMP, LLC, MHPS, Inc., IPS Oklahoma Mangement, LLC and Meacham, Earley & Fowler for fraud, embezzlement, breach of fiduciary duty, and breach of contract arising out of the purchase of the debtor's property and subsequent management of the park_<br>_Location: In debtor's possession_ | | Unknown |

In re _Value Family Propeties, Pine Lake, LLC_ ,    Case No. _08-84252_
　　　　　　　　　　Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Computer, Scanner, furniture, etc Location: In debtor's possession | | $ 5,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Tools, Mowers, etc Location: In debtor's possession | | $ 2,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➤    $ 1,929,318.30

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re <u>Value Family Propeties, Pine Lake, LLC</u>,          Case No. <u>08-84252</u>

Debtor(s)                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | X | | | | | $ 2,850,498.32 | $ 102,212.52 |
| Creditor # : 1 GE Business Financial Svcs Inc 500 W Monroe Floor 10 Chicago IL 60661 | | Value Family Properties   - Pine Lake | | | | | |
| | | Value: $ 2,748,285.80 | | | | | |
| Account No: Representing: GE Business Financial Svcs Inc | | Michael T. Riess P. Hastings- Janofsky & Walker 600 Peachtree St - 24th Floor Atlanta GA 30308 | | | | | |
| | | Value: | | | | | |
| Account No: Representing: GE Business Financial Svcs Inc | | GEMSA Loan Services, LP 1500 City West Blvd. Ste 200 Houston TX 77042 | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ (Total of this page) | | $ 2,850,498.32 | $ 102,212.52 |
| | | | | Total $ (Use only on last page) | | $ 2,850,498.32 | $ 102,212.52 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re Value Family Propeties, Pine Lake, LLC _____,   Case No. 08-84252
                                                          _____
                    Debtor(s)                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☒ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_   **continuation sheets attached**

Official Form 6E (12/07) - Cont.

In re Value Family Propeties, Pine Lake, LLC _____ ,    Case No. 08-84252 _____
      **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Deposits by individuals*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No. *Creditor # : 1 Security Deposits See Attached Exhibit* | | *Lease deposit* | | | | | $ 10,021.97 | $ 0.00 | $ 10,021.97 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet No. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotal $ (Total of this page) | | | | 10,021.97 | 0.00 | 10,021.97 |
| | | | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | | | | | |
| | | | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | | |

Official Form 6E (12/07) - Cont.

In re _Value Family Propeties, Pine Lake, LLC_____,    Case No. _08-84252_____
                         **Debtor(s)**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ 14,051.60 | $ 14,051.60 | $ 0.00 |
| Account No: _Creditor # : 2_ _Georgia Department of Revenue_ _1800 Century Blvd_ _Ste 2206_ _Atlanta GA 30324-3742_ | | _Property Taxes_ | | | | | | | |
| Account No: _Representing:_ _Georgia Department of Revenue_ | | _Georgia Dept of Revenue_ _c/o Eunice Nicholson_ _(Bkrtcy)_ _PO Box 161108_ _Atlanta GA 30321_ | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority |
|---|---|---|---|
| Subtotal $ (Total of this page) | 14,051.60 | 14,051.60 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 24,073.57 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 14,051.60 | 10,021.97 |

B6F (Official Form 6F) (12/07)

In re _Value Family Propeties, Pine Lake, LLC_____,    Case No. _08-84252_____
          **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 1 <br> AM Management Services, LLC <br> 8111 E. 93rd St <br> #2416 <br> Tulsa OK 74133 | | | management fees | | | | $ 35,307.00 |
| **Account No:** <br> Creditor # : 2 <br> BDMP, LLC <br> 8516 E. 101st Street <br> Suite E <br> Tulsa OK 74133 | | | | | X | | Unknown |
| **Account No:** <br> Creditor # : 3 <br> CMH Parks <br> Mike Rutherford <br> 5000 Clayton Rd <br> Maryville TN 37804 | | | | | X | | Unknown |
| **Account No:** <br> Creditor # : 4 <br> Crystal Springs <br> POB 660579 <br> Dallas TX 75266-0579 | | | Account | | | | $ 163.00 |

  _3_ continuation sheets attached    Subtotal $    $ 35,470.00

                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Value Family Propeties, Pine Lake, LLC_ _____ ,   Case No. _08-84252_ _____
 Debtor(s)   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 5<br>Douglasville Water- Sewer<br>POB 23062<br>Columbus GA 31902-1177 | | | Account | | | | $ 4,715.00 |
| Account No:<br>Creditor # : 6<br>Empire Payphones, Inc<br>1490 Westfork Dr<br>Suite G<br>Lithia Springs GA 30122 | | | Account | | | | $ 85.00 |
| Account No:<br>Creditor # : 7<br>Greystone Power Corp<br>POB 6071<br>Douglasville GA 30154 | | | Account | | | | $ 331.70 |
| Account No:<br>Creditor # : 8<br>IPS Oklahoma Management LLC<br>8516 E. 101st Street<br>Ste F<br>Tulsa OK 74133 | | | | | | X | Unknown |
| Account No:<br>Creditor # : 9<br>Mactek, Inc<br>2315 Old Villa Rica Rd<br>Powder Springs GA 30127 | | | Account | | | | $ 340.00 |
| Account No:<br>Creditor # : 10<br>Meacham Early & Fowler<br>5704 Veterans Parkway<br>Columbus GA 31904 | | | Account | | | X | $ 1,117.00 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 6,588.70

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re Value Family Propeties, Pine Lake, LLC _____,    Case No. 08-84252
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 11 MHPS, Inc. c/o Patrick McKee 5964 Veterans Pkwy Columbus GA 31909 | | | | | | X | Unknown |
| Account No: Creditor # : 12 Patrick McKee 5964 Veterans Pkwy Columbus GA 31909 | | | | | | X | Unknown |
| Account No: Creditor # : 13 Resident Data, Inc POB 730694 Dallas TX 75373-0694 | | | Account | | | | $ 185.00 |
| Account No: Creditor # : 14 Richard K. Gradel, Esq 6140 S 104th SE Ave Tulsa OK 74133 | | | Account | | | | $ 2,255.00 |
| Account No: Creditor # : 15 Waste Industries POB 580495 Charlotte NC 28258 | | | Account | | | | $ 385.00 |
| Account No: Creditor # : 16 William Dalton 4300 S. Butternut Ave Broken Arrow OK 74011 | | | | | | X | Unknown |

Sheet No. __2__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,825.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Value Family Propeties, Pine Lake, LLC_____,    Case No. _08-84252_____
　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *Creditor # : 17* *ZEP Manufacturing Company* *POB 841508* *  7528-1508* | | *Account* | | | | $ 293.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _3_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ... $ 293.00

Total $ ... $ 45,176.70

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6G (Official Form 6G) (12/07)

In re _Value Family Propeties, Pine Lake, LLC_ _____ / Debtor    Case No. _08-84252_
(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _AM Management Services, LLC_ | Contract Type: _Management Agreement_ <br> Terms: <br> Beginning date: <br> Debtor's Interest: <br> Description: <br><br> Buyout Option: |
| _Managing Member, LLC_ | Contract Type: _Operating Agreement_ <br> Terms: <br> Beginning date: <br> Debtor's Interest: <br> Description: <br><br> Buyout Option: |
| _Newport Pacific Capital Comp._ | Contract Type: _Management Agreement_ <br> Terms: <br> Beginning date: <br> Debtor's Interest: <br> Description: <br><br> Buyout Option: |
| _Tenant Leases_ <br> _See Attached Exhibit_ | Contract Type: _mobile home lot leases_ <br> Terms: _month to month_ <br> Beginning date: <br> Debtor's Interest: <br> Description: <br><br> Buyout Option: |

In re *Value Family Propeties, Pine Lake, LLC* _____ / Debtor    Case No. *08-84252*
(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *William S. Dalton* | *GE Business Financial Svcs Inc*<br>*500 W Monroe*<br>*Floor 10*<br>*Chicago IL  60661* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

In re  *Value Family Propeties, Pine Lake, LLC, a Limited*
*Liability Company*

Case No. *08-84252*
Chapter *11*

_____ / Debtor

Attorney for Debtor:  **Theodore N. Stapleton**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . $_____13,961.00____
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____13,961.00____
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00____

3.  $_____1,039.00_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated:  *1/ 8/2009*                    Respectfully submitted,


                                X */s/ Theodore N. Stapleton* _____
Attorney for Petitioner: *Theodore N. Stapleton*
                        *Theodore N. Stapleton, P.C.*
                        *Suite 1740, Two Paces West*
                        *2727 Paces Ferry Road*
                        *Atlanta GA  30339*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re *Value Family Propeties, Pine Lake, LLC,*
*a Limited Liability Company*

Case No. *08-84252*
Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 2,748,285.80 | | |
| B-Personal Property | Yes | 3 | $ 1,929,318.30 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 2,850,498.32 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 24,073.57 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 45,176.70 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $ 0.00 |
| TOTAL | | 14 | $ 4,677,604.10 | $ 2,919,748.59 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

In re *Value Family Propeties, Pine Lake, LLC,*
    *a Limited Liability Company*

Case No. *08-84252*
Chapter *11*

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re *Value Family Propeties, Pine Lake, LLC,*
       *a Limited Liability Company*
                          Debtor

Case No. *08-84252*
                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Christopher Elliott*            , **Manager**            of the *Corporation*            

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    *15*    sheets,

and that they are true and correct to the best of my knowledge, information, and belief.

*Managing Member LLC*
*Chtoph AEllutt VP*

Date: *1/8/2009*            

Signature */s/ Christopher Elliott*            

Name: **Christopher Elliott**

Title: **Manager**

---

☒ The foregoing are compilations prepared by other employees or representatives of the Debtor.
My knowledge is derived from their compilations, which I believe are true, correct and accurate,
to the best of my knowledge, information and belief.

•

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

In re:   **Value Family Propeties, Pine Lake, LLC**

Case No.   **08-84252**
Chapter    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:   ONLY INCLUDE information directly related to the business operation.)

| | | | |
|---|---|---|---|
| PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS: | | | |
| 1. Gross Income For 12 Months Prior to Filing: | | $ | 652,642.58 |
| | | | |
| PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME: | | | |
| 2. Gross Monthly Income: | | $ | 0.00 |
| | | | |
| PART C - ESTIMATED FUTURE MONTHLY EXPENSES: | | | |
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 | |
| 4. Payroll Taxes | | 0.00 | |
| 5. Unemployment Taxes | | 0.00 | |
| 6. Worker's Compensation | | 0.00 | |
| 7. Other Taxes | | 0.00 | |
| 8. Inventory Purchases (Including raw materials) | | 0.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 | |
| 10. Rent (Other than debtor's principal residence) | | 0.00 | |
| 11. Utilities | | 0.00 | |
| 12. Office Expenses and Supplies | | 0.00 | |
| 13. Repairs and Maintenance | | 0.00 | |
| 14. Vehicle Expenses | | 0.00 | |
| 15. Travel and Entertainment | | 0.00 | |
| 16. Equipment Rental and Leases | | 0.00 | |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 | |
| 18. Insurance | | 0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 | |
| | | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | $ | 0.00 | |
| | | 0.00 | |
| | | 0.00 | |
| | | | |
| 21. Other (Specify) | $ | 0.00 | |
| | | 0.00 | |
| | | 0.00 | |
| | | | |
| 22. Total Monthly Expenses | | $ | 0.00 |
| PART D - ESTIMATED AVERAGE NET MONTHLY INCOME: | | | |
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ | 0.00 |

**VFP-Pine Lake**
**Schedule G Detail**
**Current Leases**

| Customer Name | Acc | Unit | Address | Type | Number | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Martinez, Marcelo | 4375 | 1 | 6266 Dorsett Shoals Rd | Lot | 1 | Douglasville | GA | 30135 |
| Rodriguez, Rodolfo | 3120 | 2 | 6266 Dorsett Shoals Rd | Lot | 2 | Douglasville | GA | 30135 |
| Morua, Benjamin Jimenez | 3862 | 3 | 6266 Dorsett Shoals Rd | Lot | 3 | Douglasville | GA | 30135 |
| Salas, Leodegario | 7130 | 4 | 6266 Dorsett Shoals Rd | Lot | 4 | Douglasville | GA | 30135 |
| Vann Jr., Jerry A | 8814 | 5 | 6266 Dorsett Shoals Rd | Lot | 5 | Douglasville | GA | 30135 |
| Rodriguez, Ruben | 3123 | 6 | 6266 Dorsett Shoals Rd | Lot | 6 | Douglasville | GA | 30135 |
| Childress, Peggy | 10434 | 7 | 6266 Dorsett Shoals Rd | Lot | 7 | Douglasville | GA | 30135 |
| Alexander, Paula | 12859 | 10 | 6266 Dorsett Shoals Rd | Lot | 10 | Douglasville | GA | 30135 |
| Wells, Deborah | 3127 | 11 | 6266 Dorsett Shoals Rd | Lot | 11 | Douglasville | GA | 30135 |
| Craddock, James M. | 3128 | 12 | 6266 Dorsett Shoals Rd | Lot | 12 | Douglasville | GA | 30135 |
| Meredith, David | 13880 | 13 | 6266 Dorsett Shoals Rd | Lot | 13 | Douglasville | GA | 30135 |
| Smith, Shirley | 3130 | 18 | 6266 Dorsett Shoals Rd | Lot | 18 | Douglasville | GA | 30135 |
| Hardin, Michael J | 3132 | 28 | 6266 Dorsett Shoals Rd | Lot | 28 | Douglasville | GA | 30135 |
| Lenox, Jeff | 10311 | 30 | 6266 Dorsett Shoals Rd | Lot | 30 | Douglasville | GA | 30135 |
| Bustamonte, Cesar | 13767 | 31 | 6266 Dorsett Shoals Rd | Lot | 31 | Douglasville | GA | 30135 |
| Rollins, Bruce | 3135 | 34 | 6266 Dorsett Shoals Rd | Lot | 34 | Douglasville | GA | 30135 |
| Gonzalez, Constantine | 3137 | 37 | 6266 Dorsett Shoals Rd | Lot | 37 | Douglasville | GA | 30135 |
| Lucas, Juventino | 13873 | 38 | 6266 Dorsett Shoals Rd | Lot | 38 | Douglasville | GA | 30135 |
| Miller, Brenda Ann | 3138 | 40 | 6266 Dorsett Shoals Rd | Lot | 40 | Douglasville | GA | 30135 |
| Thomas, Wayne | 12647 | 41 | 6266 Dorsett Shoals Rd | Lot | 41 | Douglasville | GA | 30135 |
| Strickland, Robert | 13881 | 43 | 6266 Dorsett Shoals Rd | Lot | 43 | Douglasville | GA | 30135 |
| Magana, Claudia | 14489 | 44 | 6266 Dorsett Shoals Rd | Lot | 44 | Douglasville | GA | 30135 |
| Filomeno, Rogelio | 14414 | 45 | 6266 Dorsett Shoals Rd | Lot | 45 | Douglasville | GA | 30135 |
| Lance, Todd | 14356 | 50 | 6266 Dorsett Shoals Rd | Lot | 50 | Douglasville | GA | 30135 |
| Hulse, Darrell | 13260 | 51 | 6266 Dorsett Shoals Rd | Lot | 51 | Douglasville | GA | 30135 |
| Gordon, Darlene M | 12965 | 52 | 6266 Dorsett Shoals Rd | Lot | 52 | Douglasville | GA | 30135 |
| Szopinski, Candice | 12538 | 54 | 6266 Dorsett Shoals Rd | Lot | 54 | Douglasville | GA | 30135 |

**VFP-Pine Lake**
**Schedule G Detail**
**Current Leases**

| Customer Name | Acc | Unit | Address | Type | Number | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Colbert, David | 11705 | 56 | 6266 Dorsett Shoals Rd | Lot | 56 | Douglasville | GA | 30135 |
| Lopez-Renter, Daiz | 4328 | 57 | 6266 Dorsett Shoals Rd | Lot | 57 | Douglasville | GA | 30135 |
| Craig, Barbara Michelle | 13038 | 60 | 6266 Dorsett Shoals Rd | Lot | 60 | Douglasville | GA | 30135 |
| Murphy, Huey | 14940 | 62 | 6266 Dorsett Shoals Rd | Lot | 62 | Douglasville | GA | 30135 |
| Worley, Michael | 3150 | 64 | 6266 Dorsett Shoals Rd | Lot | 64 | Douglasville | GA | 30135 |
| Johnson, Ricky | 14245 | 65 | 6266 Dorsett Shoals Rd | Lot | 65 | Douglasville | GA | 30135 |
| Berry, Jerry | 13950 | 66 | 6266 Dorsett Shoals Rd | Lot | 66 | Douglasville | GA | 30135 |
| Wilson, Ricky D | 13228 | 68 | 6266 Dorsett Shoals Rd | Lot | 68 | Douglasville | GA | 30135 |
| Vasquez, Fidel | 9381 | 69 | 6266 Dorsett Shoals Rd | Lot | 69 | Douglasville | GA | 30135 |
| Espinosa, Telesforo | 11032 | 71 | 6266 Dorsett Shoals Rd | Lot | 71 | Douglasville | GA | 30135 |
| Bass, James S. | 3153 | 73 | 6266 Dorsett Shoals Rd | Lot | 73 | Douglasville | GA | 30135 |
| Talbert, Gary | 3154 | 75 | 6266 Dorsett Shoals Rd | Lot | 75 | Douglasville | GA | 30135 |
| Sapp, Freddie | 14211 | 78 | 6266 Dorsett Shoals Rd | Lot | 78 | Douglasville | GA | 30135 |
| Gonzalaz, Raul | 13129 | 80 | 6266 Dorsett Shoals Rd | Lot | 80 | Douglasville | GA | 30135 |
| Austin, James | 3158 | 81 | 6266 Dorsett Shoals Rd | Lot | 81 | Douglasville | GA | 30135 |
| Acabal, Emilio | 7109 | 83 | 6266 Dorsett Shoals Rd | Lot | 83 | Douglasville | GA | 30135 |
| Glass, Andrew | 3159 | 85 | 6266 Dorsett Shoals Rd | Lot | 85 | Douglasville | GA | 30135 |
| Hammond, Faith A | 12824 | 86 | 6266 Dorsett Shoals Rd | Lot | 86 | Douglasville | GA | 30135 |
| Magallanes, Francisco | 3162 | 90 | 6266 Dorsett Shoals Rd | Lot | 90 | Douglasville | GA | 30135 |
| Baughman, Matthew S | 13317 | 99 | 6266 Dorsett Shoals Rd | Lot | 99 | Douglasville | GA | 30135 |

# Park Name:   VFP Pine Lake

## Schedule I - Current Income of Debtor

See attached financial statements.

# 2008 Profit & Loss

Property: VFP - Pine Lake, LLC

Jan 2008 - Nov 2008

| | January | February | March | April | May | June | July | August | September | October | November | 2008 YTD | Annualized[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Lot Rent | 45,681.66 | 46,165.08 | 48,568.86 | 51,861.66 | 53,476.00 | 52,318.88 | 49,944.00 | 47,996.00 | 46,848.00 | 46,573.08 | 43,863.00 | 533,296.22 | 581,777.69 |
| Late Fees | 750.00 | 455.00 | 540.00 | 600.00 | 600.00 | 540.00 | 470.00 | 525.00 | 645.00 | 710.00 | 540.00 | 6,375.00 | 6,954.55 |
| Fine Income | 75.00 | 150.00 | 50.00 | 75.00 | 0.00 | 0.00 | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 | 500.00 | 545.45 |
| Application Fees | 0.00 | 0.00 | 0.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 148.00 | 181.00 | 197.45 |
| less Tenant Discount | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,084.51) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,084.51) | (1,183.10) |
| less Referral Discount | 0.00 | (400.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (400.00) | (436.36) |
| Bad Debt - Lot Rent | (3,578.58) | (1,738.33) | (998.73) | (289.66) | 0.00 | (395.00) | (718.39) | (395.00) | (4,269.67) | (6,407.05) | 0.00 | (18,790.41) | (20,498.63) |
| Bad Debt - Water & Sewer | (409.17) | (486.25) | (226.15) | (110.25) | 0.00 | (63.15) | (83.89) | (38.78) | (662.05) | (1,257.85) | 0.00 | (3,337.54) | (3,640.95) |
| Bad Debt - Trash | (75.39) | (74.87) | (33.32) | (24.99) | 0.00 | (8.33) | (8.33) | (8.33) | (83.30) | (66.64) | 0.00 | (383.60) | (418.47) |
| Bad Debt - Misc | (897.00) | (943.00) | (224.00) | (60.00) | 0.00 | (50.00) | (50.00) | 0.00 | (898.00) | (760.73) | 0.00 | (3,882.73) | (4,235.71) |
| Home & Accessory Sales | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (395.00) | 0.00 | (395.00) | (430.91) |
| NSF Fee | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 50.00 | 54.55 |
| Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 180.27 | 0.00 | 0.00 | 180.27 | 196.66 |
| Water & Sewer | 5,242.69 | 5,545.12 | 5,729.17 | 5,390.88 | 7,316.78 | 7,333.34 | 7,867.64 | 8,451.46 | 9,324.85 | 9,200.82 | 8,602.58 | 80,005.13 | 87,278.32 |
| Trash | 1,024.59 | 1,082.90 | 1,099.55 | 1,157.87 | 1,186.67 | 1,149.54 | 1,107.89 | 1,057.91 | 1,032.92 | 1,007.93 | 966.28 | 11,874.06 | 12,953.52 |
| Cable | 0.00 | 0.00 | 0.00 | 0.00 | 158.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 158.30 | 172.69 |
| **Total Income** | 47,838.80 | 49,755.55 | 54,505.39 | 58,618.31 | 62,737.75 | 59,740.77 | 58,578.92 | 57,613.26 | 52,168.02 | 48,669.56 | 54,119.86 | 604,346.19 | 659,286.75 |
| **Expense** | | | | | | | | | | | | | |
| Repairs & Maintenance | 1,971.33 | 120.25 | 3,850.00 | 2,579.30 | 11,496.08 | 470.85 | 943.62 | 15.81 | 402.27 | 149.92 | 1,418.67 | 23,418.00 | 25,546.91 |
| Cleaning | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 595.00 | 755.00 | 823.64 |
| Swimming Pool | 736.00 | 736.00 | 0.00 | 880.20 | 0.00 | 1,289.27 | 888.36 | 1,054.90 | 849.68 | 849.98 | 0.00 | 7,284.09 | 7,946.28 |
| Landscape Maintenance | 0.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,521.00 | 9.71 | 10.00 | 0.00 | 2,565.71 | 2,798.96 |
| Park Insurance | 946.17 | 946.17 | 946.17 | 946.17 | 946.16 | 946.16 | 948.66 | 968.24 | 970.23 | 970.22 | 970.23 | 10,494.57 | 11,448.62 |
| Park Office Telephone | 465.57 | 395.64 | 402.20 | 445.17 | 430.44 | 739.06 | 768.89 | 260.50 | 360.83 | 0.00 | 392.26 | 4,660.56 | 5,084.25 |
| Water & Sewer | 4,161.57 | 7,510.63 | 8,656.52 | 7,707.36 | 8,442.77 | 9,403.07 | 10,756.07 | 11,978.51 | 10,712.55 | 8,072.51 | 7,922.69 | 87,001.41 | 94,910.63 |
| Gas & Electric | 1,971.98 | 1,777.88 | 2,465.57 | 2,022.21 | 2,302.63 | 2,519.58 | 2,737.55 | 3,555.43 | 569.48 | 2,086.77 | 1,608.15 | 22,007.48 | 24,008.16 |
| Trash Removal | 3,491.74 | 2,338.63 | 2,330.63 | 2,341.13 | 3,555.88 | 2,680.52 | 3,115.88 | 1,686.43 | 3,022.70 | 0.00 | 1,512.00 | 26,179.14 | 28,559.66 |
| Manager/Office Payroll | 2,181.80 | 3,258.06 | 1,072.90 | 1,274.60 | 1,473.75 | 2,300.00 | 2,347.68 | 3,519.96 | 3,046.46 | 1,579.50 | 1,512.00 | 23,566.71 | 25,709.14 |
| Maintenance Payroll | 1,350.28 | 4,000.80 | 2,667.20 | 4,195.62 | 2,667.20 | 2,000.40 | 1,675.00 | 864.00 | 1,466.97 | 2,933.92 | 2,800.66 | 26,621.95 | 29,042.13 |
| Employer's Payroll Tax | 522.50 | 781.64 | 335.62 | 536.05 | 465.03 | 415.10 | 250.42 | 450.40 | 504.31 | 417.52 | 357.26 | 5,035.85 | 5,493.65 |
| Payroll Service Expense | 460.66 | 113.57 | 38.47 | 216.00 | 202.09 | 153.00 | 92.40 | 115.07 | 122.78 | 120.00 | 120.00 | 1,768.83 | 1,929.63 |
| Workers Comp Insurance | 211.52 | 0.00 | 157.26 | 0.00 | 153.00 | 73.09 | 104.45 | 179.25 | 0.00 | 457.46 | 114.53 | 1,600.89 | 1,746.43 |
| Bonus | 43.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 146.43 | 0.00 | 208.54 | 265.41 | 208.54 | 941.36 | 1,026.94 |
| Health Insurance Expense | 123.76 | 0.00 | 0.00 | 0.00 | 78.12 | 206.23 | 0.00 | 208.54 | 208.54 | 828.91 | 130.27 | 834.16 | 909.99 |
| Automobile | 247.50 | 70.00 | 170.02 | 170.02 | 0.00 | 67.22 | 0.00 | 75.19 | 109.84 | 49.21 | 0.00 | 1,590.46 | 1,735.05 |
| Bank Charges | 0.00 | 0.00 | 121.86 | 121.86 | 78.12 | 0.00 | 0.00 | 114.77 | 0.00 | 49.21 | 49.21 | 316.41 | 345.17 |
| Cell Phone | 83.87 | 27.94 | 67.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.71 | 76.71 | 370.42 | 404.09 |
| Computer Expense | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 145.04 | 230.96 | 230.96 | 50.00 | 194.25 | 194.25 | 1,110.25 | 1,211.18 |
| Credit/Background Check | 74.00 | 52.92 | 5.00 | 0.00 | 15.00 | 0.00 | 112.00 | 57.00 | 0.00 | 0.00 | 0.00 | 278.00 | 303.27 |
| Penalties & Interest | 0.00 | 0.00 | 0.00 | 0.00 | 57.92 | (99.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.92 | 63.19 |
| Eviction Expense | 74.00 | 0.00 | (74.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 370.00 | 271.00 | 295.64 |
| Interest Exp - Investors' | 35,383.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,383.59 | 35,383.59 |
| Interest Exp - Mortgage | 21,611.60 | 21,611.82 | 20,217.49 | 21,611.60 | 21,611.66 | 21,611.60 | 20,914.65 | 21,611.81 | 21,611.81 | 20,914.65 | 33,884.78 | 246,517.08 | 268,927.27 |
| Licenses,Permits & Titles | 0.00 | 337.00 | 176.00 | 0.00 | 200.00 | 375.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,088.00 | 1,186.91 |

# 2008 Profit & Loss

Property VFP - Pine Lake, LLC

Jan 2008 - Nov 2008

| | January | February | March | April | May | June | July | August | September | October | November | 2008 YTD | Annualized[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lost Funds[2] | 1,490.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,354.00 | 0.00 | 2,844.17 | 2,844.17 |
| Meal & Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.18 | 0.00 | 32.18 | 35.11 |
| Management Fees | 2,325.33 | 2,338.50 | 2,570.14 | 3,175.56 | 3,849.63 | 3,686.69 | 3,573.55 | 3,491.50 | 3,474.05 | 3,426.95 | 3,582.40 | 35,494.30 | 38,721.05 |
| Mortgage Late Fee | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,045.73 | 1,045.73 | 1,140.80 |
| Office Expense | 500.59 | 95.89 | 0.00 | 170.12 | 98.44 | (271.63) | 294.64 | 914.25 | 87.86 | 107.52 | 958.21 | 2,955.89 | 3,224.61 |
| Postage | 258.81 | 125.28 | 0.00 | 89.36 | 0.00 | 0.00 | 0.00 | 101.64 | 92.33 | 25.00 | 121.67 | 814.09 | 888.10 |
| Payables Late Fees[2] | 0.00 | 0.00 | 0.00 | 0.00 | 1,266.42 | 0.00 | 0.00 | 180.00 | 0.00 | 47.92 | 0.00 | 1,494.34 | 1,630.19 |
| Legal Fees[2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,254.27 | 0.00 | 5,000.00 | 17,500.00 | 24,754.27 | 24,754.27 |
| Accounting and Tax Prep. Fees[2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (844.00) | 2,550.00 | 0.00 | (1,688.00) | 0.00 | 18.00 | 18.00 |
| Sewage Plant Expense | 3,970.00 | 3,375.00 | 3,970.00 | 3,270.00 | 3,270.00 | 1,400.00 | 4,435.00 | 6,375.00 | 3,995.55 | 4,200.00 | 2,095.00 | 40,355.55 | 44,024.24 |
| Tax - Property | 3,512.90 | 3,512.90 | 3,512.90 | 3,512.90 | 3,512.90 | 3,512.90 | 3,512.89 | 3,512.89 | 3,499.63 | 3,499.63 | 3,499.63 | 38,602.07 | 42,111.35 |
| Tax - Other[2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115.00 | 0.00 | 115.00 | 115.00 |
| Total Expense | 79,569.93 | 54,505.54 | 53,468.60 | 55,576.46 | 65,532.20 | 53,624.35 | 56,789.14 | 68,837.32 | 55,227.58 | 56,306.28 | 80,807.58 | 680,244.98 | 736,347.70 |
| Net Income | (31,731.13) | (4,749.99) | 1,036.79 | 3,041.85 | (2,794.45) | 6,116.42 | 1,789.78 | (11,224.06) | (3,059.56) | (7,636.72) | (26,687.72) | (75,898.79) | (77,060.95) |

Note 1. Annualized income and expenses are based on the annualized average of January through November 2008 activity unless otherwise noted.

Note 2. These annualized expenses are based on the 2008 YTD totals.